**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN NEIL SHROPSHIRE,<br><br>           Plaintiff,<br><br>      v.<br><br>JOHN D'AGOSTINI, et al.,<br><br>           Defendants. | No.  2:21-CV-1870-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

           IT IS SO ORDERED.

Dated:  October 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1